DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDACE BAKER,**
Appellant,

v.

**ROBERT P. MURPHY, ACD HOLDINGS, LLC, LOUIS DEVALEIX,** an
individual, **VALEO RESOURCES LLC,** a Florida limited liability
company, **REDITAS MEDICAL BILLING LLC,** a Florida limited liability
company, **ETR3 LLC,** a Delaware limited liability company, **HARMONY
RECOVERY CENTERS, LLC,** a Florida limited liability company, **VALEO
LABFORCE PERSONNEL, LLC**, a Florida limited liability company, **ETR-
3, LLC,** a Florida limited liability company, **PARAGON DIAGNOSTICS,
LLC,** a Florida limited liability company, **MELIOR HEALTH PARTNERS,
LLC,** a Florida limited liability company,
Appellees.

No. 4D21-3034

[May 19, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; James Nutt, Judge; L.T. Case No. 50-2018-CA-012672-
XXXX-MB.

Kevin F. Richardson of Clyatt & Richardson, P.A., West Palm Beach,
for appellant.

Daniel Desouza of Desouza Law, P.A., Coral Springs, for appellee
Robert P. Murphy.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***